# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Doub, Randy D. | U.S. Bankruptcy Court, EDNC | 08/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

150 Reade Circle
Greenville, NC 27858

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Notary Public | State of North Carolina |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 08/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 2. East Carolina Bank Account | A | Interest | J | T | | | | | |
| 3. East Carolina Bank Money Market Account | A | Interest | J | T | | | | | |
| 4. East Carolina Bank savings Account | A | Interest | J | T | | | | | |
| 5. East Carolina Bank savings Account | A | Interest | J | T | | | | | |
| 6. BB and T checking account | A | Interest | J | T | | | | | |
| 7. IRA #1 | A | Int./Div. | J | T | | | | | |
| 8. - Cash account Scott and Stringfellow | | | | | | | | | |
| 9. - SOVIX mutual fund | | | | | | | | | |
| 10. IRA #2 | B | Int./Div. | M | T | | | | | |
| 11. -ABALX | | | | | Sold (part) | 01/03/13 | J | | |
| 12. | | | | | Sold (part) | 02/21/13 | J | | |
| 13. | | | | | Sold (part) | 05/19/13 | J | | |
| 14. | | | | | Sold (part) | 07/29/13 | J | | |
| 15. -AMECX | | | | | Sold (part) | 01/03/13 | J | | |
| 16. | | | | | Sold (part) | 02/21/13 | J | | |
| 17. | | | | | Sold (part) | 05/19/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/29/13 | J | | |
| 19. WNC Tax Credits | | None | J | T | | | | | |
| 20. IRA #3 | A | Interest | K | T | | | | | |
| 21. -Sterling Trust Co - Cash, gold platinum | | | | | | | | | |
| 22. Brokerage Account # 1 (H) | | | | | | | | | |
| 23. Scott and Stringfellow cash account | A | Interest | J | T | | | | | |
| 24. ABALX | A | Dividend | J | T | | | | | |
| 25. Lincoln National Flex Prem Adjust Life policy | | None | J | T | | | | | |
| 26. Brokerage Account # 2 (H) | | | | | | | | | |
| 27. Scott and Stringfellow cash account | A | Interest | J | T | | | | | |
| 28. ABALX | A | Dividend | J | T | | | | | |
| 29. CBF Moderate Growth 1996-98 Alt Ax | | None | K | T | | | | | |
| 30. Lincoln National Flex Prem Adjust Life policy | | None | J | T | | | | | |
| 31. AXA Equitable Flex Prem Universal Life Policy | | None | J | T | | | | | |
| 32. Antique Coins, Gold and Silver | | None | L | T | | | | | |
| 33. North Carolina State Retirement (no control) | | None | K | T | | | | | |
| 34. Ameriprise Financial -RiverSourse Flexible Annuity, TSA | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo Bank Checking (PoA) f/k/a Wachovia (Y) | | | | | | | | | |
| 36. Wells Fargo Bank Checking (PoA) f/k/a Wachovia (Y) | | | | | | | | | |
| 37. Wells Fargo money market (PoA) f/k/a Wachovia (Y) | | | | | | | | | |
| 38. Wells Fargo Securities Brokerage Account (PA) f/k/a Wachovia (Y) | | | | | | | | | |
| 39. FE (PA) (Y) | | | | | | | | | |
| 40. PGN (PA) (Y) | | | | | | | | | |
| 41. OGE (PA) (Y) | | | | | | | | | |
| 42. Alamance Bond (PA) (Y) | | | | | | | | | |
| 43. NC Cap Bond (PA) (Y) | | | | | | | | | |
| 44. Hartford Annuity (PA) (Y) | | | | | | | | | |
| 45. Hartford Annuity (PA) (Y) | | | | | | | | | |
| 46. Piedmont Aviation Credit Union | A | Interest | J | T | | | | | |
| 47. Old North State Trust, LLC (testamentary trust) # 1 (H) | | | | | | | | | |
| 48. Federated Treasury Obligations Fund-Prime Cash Obligation | B | Interest | K | T | Buy (add'l) | 01/10/13 | J | | |
| 49. ING Int'l Real Estate Fund | A | Dividend | J | T | | | | | |
| 50. Oppenheimer Developing Markets | A | Dividend | J | T | Buy (add'l) | 06/10/13 | J | | |
| 51. American Europacific Growth Fund | A | Dividend | J | T | Sold (part) | 12/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oakmark International Fund I | A | Dividend | J | T | Sold (part) | 06/05/13 | J | | |
| 53. Matthews Asia Pacific Dividend Fund | A | Dividend | J | T | | | | | |
| 54. Federated Equity Funds Strategic Fund Value Divid Fund Inst | A | Dividend | K | T | Sold (part) | 06/05/13 | J | | |
| 55. Wells Fargo Adv. Intrinsic Value Fund | A | Dividend | J | T | | | | | |
| 56. Columbia Acorn Fund 2 | A | Dividend | J | T | Sold (part) | 10/28/13 | J | | |
| 57. Janus Perkins Mid Cap Value | A | Dividend | J | T | Sold (part) | 10/28/13 | J | | |
| 58. Aim Invt Funds Invescoinvt Funds Invesco select cos fd | A | Dividend | J | T | Buy (add'l) | 06/10/13 | J | | |
| 59. GS Multi Step Cpn Bond 3.50% 09/17/2020 | A | Interest | J | T | | | | | |
| 60. Dodge & Cox Income Fund | A | Dividend | J | T | | | | | |
| 61. Federated Short Term Income Fund | A | Dividend | K | T | Sold (part) | 06/05/13 | J | | |
| 62. Federated Total Return Bond Fund Inst I Serv | A | Dividend | J | T | | | | | |
| 63. Franklin Tax Free High Yield | A | Dividend | K | T | Sold (part) | 06/05/13 | J | | |
| 64. Loomis Sayles Bond Fund Retail | A | Dividend | J | T | Sold (part) | 06/05/13 | J | | |
| 65. Oppenheimer Int'l Bond Fund Class | A | Dividend | J | T | | | | | |
| 66. Pimco Low Duration Fund Inst | A | Dividend | K | T | | | | | |
| 67. Prudential Short-termcorporate BD Fund Inc | A | Dividend | K | T | | | | | |
| 68. Sit US Government Securities Fund | A | Interest | K | T | Sold (part) | 06/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Templeton Income Tr Global Bd Fund Advisor Class | A | Dividend | J | T | | | | | |
| 70. Vanguard Inflation Protected Securities | A | Dividend | J | T | | | | | |
| 71. Calamos Market Neutral | A | Dividend | J | T | | | | | |
| 72. Harbor Capital Appreciation Fund | A | Dividend | J | T | Sold (part) | 06/05/13 | J | | |
| 73. Global Natural Resources Fund | A | Dividend | J | T | | | | | |
| 74. Oppenheimer Sr Floating Rate Fund | A | Dividend | K | T | Buy | 06/10/13 | K | | |
| 75. Oppenheimer Intl Growth Fund | A | Dividend | K | T | Buy | 12/02/13 | K | | |
| 76. SPDR Gold Shares | A | Dividend | J | T | | | | | |
| 77. Federated Equity Funds Strategic Value Divid Fund Instl | B | Dividend | K | T | | | | | |
| 78. Pamassus Equity Income Fund Instl | A | Dividend | K | T | | | | | |
| 79. Heartland Value Plus Inst | A | Dividend | J | T | | | | | |
| 80. IShares Barclays | A | Dividend | J | T | | | | | |
| 81. Prudential Short-termcorporate Dd Fund Inc, Class Z | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Doub, Randy D. | 08/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets listed on lines 86, 87, 109, 111-114, 118, 119, 124-130, and 132-135, in my 2012 report are duplicate entries and are not listed on my 2013 report.

Blackrock Natural Resource A listed on lines 56 and 108 on my 2012 report was completely sold on 09/17/2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Randy D. Doub**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544